[No. 29629-6-III.   Division Three.   April 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS CISNEROS VALENCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00072-4, Vic L. VanderSchoor, J., entered January 5, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 29651-2-III.   Division Three.   April 12, 2012.]

*In the Matter of the Marriage of* MARGARET ANN CHLARSON GRIGG, *Respondent*, and TRAVIS QUINN CHLARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-3-00476-5, John D. Knodell III, J., entered December 10, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29708-0-III.   Division Three.   April 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER WAYNE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00302-8, Evan E. Sperline, J., entered February 1, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 65578-7-I.   Division One.   April 16, 2012.]

*In the Matter of the Estate of* VIRGIL VICTOR BECKER, JR.

CATHERINE JANE BECKER ET AL., *Respondents*, v. JENNIFER WHITE, *as Personal Representative, Respondent*, NANCY BECKER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 08-4-04979-2, James D. Cayce, J., entered May 20, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Grosse, J.